ALLSTATE INSURANCE COMPANY, PLAINTIFF-RESPON-
DENT, v. FRANCIS P. McHUGH, JR., DEFENDANT-AP-
PELLANT.

Superior Court of New Jersey
Appellate Division

Argued February 4, 1974—Decided February 14, 1974.

Before Judges LEONARD, ALLCORN and CRAHAY.

Mr. *Kelly T. Young* argued the cause for the appellant
(*McGuire, Green & Young,* attorneys).

Mr. *William A. Garrigle* argued the cause for the respon-
dent (*Casby & Garrigle,* attorneys).

PER CURIAM. The judgment is affirmed essentially for the
reasons set forth in the opinion of Judge Bischoff, 124 *N. J.
Super.* 105.